Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:25-cv-05443-KAW |
| Plaintiff, | Honorable Kandis A. Westmore |
| vs. | **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.7.33.59** |
| JOHN DOE subscriber assigned IP address 24.7.33.59, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 24.7.33.59 are voluntarily dismissed without prejudice.

Dated:  December 04, 2025

Respectfully submitted,
By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
LAW OFFICES OF LINCOLN BANDLOW, PC
*Attorney for Plaintiff*

1